UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20804**

18 U.S.C. § 1591
18 U.S.C. § 1594(c)
18 U.S.C. § 1594(d)
18 U.S.C. § 2421
18 U.S.C. § 2428(a)

**CR-MORENO**

**MAGISTRATE JUDGE
LOUIS**

FILED BY _____ D.C.
DEC - 5 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

WILLIAM D. FOSTER,
    a/k/a "William Cortes,"
    a/k/a "William Cortez,"
    a/k/a "Frank Herman Cruz"
    a/k/a "Frank Cruz,"
ASHLEIGH HOLLOWAY, and
HANAH CHAN,

      Defendants.
                   /

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Sex Trafficking
### (18 U.S.C. § 1594(c))

Beginning at least as early as December 23, 2008, through on or about September 6, 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM FOSTER,
a/k/a "William Cortes,"
a/k/a "William Cortez,"**

a/k/a "Frank Herman Cruz"
a/k/a "Frank Cruz,"

did combine, conspire, and agree with others known and unknown to the Grand Jury, to, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, and obtain by any means, a person, knowing, that force, fraud, and coercion, would be used to cause such person to engage in a commercial sex act, and knowing that a person has not attained the age of eighteen years and will be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (b)(2); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
### Sex Trafficking of a Minor and by Force, Fraud or Coercion
### (18 U.S.C. § 1591)

From in or around August 2007, through on or about June 20, 2008, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM FOSTER,**
**a/k/a "William Cortes,"**
**a/k/a "William Cortez,"**
**a/k/a "Frank Herman Cruz"**
**a/k/a "Frank Cruz,"**

did knowingly, in and affecting interstate and foreign commerce recruit, entice, harbor, transport, provide, and obtain, by any means, a person, that is, VICTIM 1, knowing that force, fraud, and coercion, would be used to cause VICTIM 1 to engage in a commercial sex act, and that VICTIM 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (b)(2) and 2.

2

## COUNT 3
### Sex Trafficking by Force, Fraud or Coercion
### (18 U.S.C. § 1591)

From on or about December 23, 2008, through in or around May 2010, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

### WILLIAM FOSTER,
### a/k/a "William Cortes,"
### a/k/a "William Cortez,"
### a/k/a "Frank Herman Cruz"
### a/k/a "Frank Cruz,"

did knowingly, in and affecting interstate and foreign commerce recruit, entice, harbor, transport, provide, and obtain, by any means, a person, that is, VICTIM 1, knowing, and in reckless disregard of the fact, that means of force, fraud, and coercion, or any combination of such means would be used to cause VICTIM 1 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT 4
### Sex Trafficking by Force, Fraud or Coercion
### (18 U.S.C. § 1591)

From in or around May 2004, through in or around August 2011, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

### WILLIAM FOSTER,
### a/k/a "William Cortes,"
### a/k/a "William Cortez,"
### a/k/a "Frank Herman Cruz"
### a/k/a "Frank Cruz,"

did knowingly, in and affecting interstate and foreign commerce recruit, entice, harbor, transport, provide, and obtain, by any means, a person, that is, VICTIM 2, knowing that means of force,

3

fraud, and coercion, would be used to cause VICTIM 2 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

### COUNT 5
### Sex Trafficking by Fraud or Coercion
### (18 U.S.C. § 1591)

From in or around August 2019, through on or about September, 6, 2019, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**WILLIAM FOSTER,**
**a/k/a "William Cortes,"**
**a/k/a "William Cortez,"**
**a/k/a "Frank Herman Cruz"**
**a/k/a "Frank Cruz,"**
**ASHLEIGH HOLLOWAY, and**
**HANAH CHAN,**

did knowingly, in and affecting interstate and foreign commerce recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 3, knowing, and in reckless disregard of the fact, that fraud and coercion, or any combination of such means would be used to cause VICTIM 3 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

### COUNT 6
### Transportation of an Individual for Prostitution
### (18 U.S.C. § 2421)

On or about September 4, 2019, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**WILLIAM FOSTER,**
**a/k/a "William Cortes,"**
**a/k/a "William Cortez,"**
**a/k/a "Frank Herman Cruz"**
**a/k/a "Frank Cruz," and**
**HANAH CHAN,**

4

did knowingly transport an individual, that is VICTIM 3, in interstate and foreign commerce, from Fort Lauderdale, Florida, to Detroit, Michigan, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2421 and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **WILLIAM FOSTER, ASHLEIGH HOLLOWAY and HANAH CHAN**, have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 1591 and 1594(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d).

3.      Upon conviction of a violation of Title 18, United States Code, Section 2421, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 2428(a).

5

4. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the real property located at 4630 Sherwood Forest Drive, Delray Beach, Florida.

5. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), and such property includes, but is not limited to, the real property located 4724 Franwood Drive, Delray Beach, Florida.

6.      All pursuant to Title 18, United States Code, Sections 1594(d) and 2428(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).


A TRUE BILL


___
FOREPERSON


ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


J. MACKENZIE DUANE
ASSISTANT UNITED STATES ATTORNEY


JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
| --- | --- |

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

WILLIAM D. FOSTER,
ASHLEIGH HOLLOWAY, and
HANAH CHAN,

                    Defendants.

                                    /

**Superseding Case Information:**

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ___ | No ___ |
| --- | --- | --- | --- | --- |
| X Miami | ___ Key West | Number of New Defendants ___ | | |
| ___ FTL | ___ WPB ___ FTP | Total number of counts ___ | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)      No
   List language and/or dialect      _____

4. This case will take      15      days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
| --- | --- | --- | --- | --- | --- |
| I | 0  to 5 days | ___ | | Petty | ___ |
| II | 6  to 10 days | ___ | | Minor | ___ |
| III | 11  to 20 days | x | | Misdem. | ___ |
| IV | 21 to 60 days | ___ | | Felony | X |
| V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court?  (Yes or No)      NO
   If yes:
   Judge:                              Case No.      _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?      (Yes or No)      Yes
   If yes:
   Magistrate Case No.                  19-MJ-08472-REINHART
   Related Miscellaneous numbers:      _____
   Defendant(s) in federal custody as of      FOSTER- 11/13/2019
   Defendant(s) in state custody as of      _____
   Rule 20 from the District of      _____
   Is this a potential death penalty case? (Yes or No)      NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      Yes ___      No  X

                                    J. MACKENZIE DUANE
                                    ASSISTANT UNITED STATES ATTORNEY
                                    COURT ID NO. A5502175

\*Penalty Sheet(s) attached

REV 5/3/17

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **WILLIAM FOSTER, a/k/a "William Cortes," a/k/a "William Cortez," a/k/a "Frank Herman Cruz," a/k/a "Frank Cruz"**

**Case No**: _____

Count #: 1

**Conspiracy to Sex Traffic Minors, or by Force, Fraud, or Coercion**

Title 18, United States Code, Section 1594(c)

**\* Max. Penalty**: Life imprisonment

Count #: 2

**Sex Trafficking of a Minor, or by Force, Fraud, or Coercion**

Title 18, United States Code Section 1591

**\* Max. Penalty**: Life imprisonment; mandatory minimum term: 15 years' imprisonment

Count #: 3

**Sex Trafficking by Force, Fraud, or Coercion**

Title 18, United States Code Section 1591

**\* Max. Penalty**: Life imprisonment; mandatory minimum term: 15 years' imprisonment

Count #: 4

**Sex Trafficking by Force, Fraud or Coercion**

Title 18, United States Code Section 1591

**\* Max. Penalty**: Life imprisonment; mandatory minimum term: 15 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 5

**Sex Trafficking by Fraud or Coercion**

Title 18, United States Code Section 1591

**\* Max. Penalty**: Life imprisonment; mandatory minimum term: 15 years' imprisonment

Count #: 6

**Transportation of an Individual for Prostitution**

Title 18, United States Code Section 2421

**\* Max. Penalty**: 10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: ASHLEIGH HOLLOWAY**

**Case No**: _____

Count #: 5

**Sex Trafficking by Fraud or Coercion**

Title 18, United States Code Section 1591

* **Max. Penalty**: Life imprisonment; mandatory minimum term: 15 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: HANAH CHAN**

**Case No**: _____

Count #: 5

**Sex Trafficking by Fraud or Coercion**

Title 18, United States Code Section 1591

* **Max. Penalty**: Life imprisonment; mandatory minimum term: 15 years' imprisonment

Count #: 6

**Transportation of an Individual for Prostitution**

Title 18, United States Code Section 2421

* **Max. Penalty**: 10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**