UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20804-CR-MORENO

UNITED STATES OF AMERICA

vs.

WILLIAM D. FOSTER,
ASHLEIGH HOLLOWAY, and
HANAH CHAN.

Defendants.
_____/

## NOTICE OF LIS PENDENS

GRANTEES:   MTN DOO LOGISTICS LLC

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on December 5, 2019, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida, charging the defendants with violations of 18 U.S.C. § 1591, 1594(c) and 2421. Pursuant to 18 U.S.C. § 1594(d) and 2428(a), the United States of America may seek to forfeit the real property located at **4724 Franwood Drive, Delray Beach, Florida 33445**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Lot 13, Block 1, Franwood Pines, according to the map Plat thereof, as recorded in Plat Book 26, page(s) 236 of the public records of Palm Beach County, Florida.

> Folio No. 00-42-46-13-08-001-0130

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *[signature]*

Peter A. Laserna
Assistant United States Attorney
Court ID No. A5502555
peter.laserna@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9030
Facsimile: (305) 536-4089