FILED BY **KS** D.C.
Jun 29, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>19-CR-20804-SINGHAL(s)</u>
18 U.S.C. § 1591
18 U.S.C. § 1594(c)
18 U.S.C. § 1594(d) & (e)
18 U.S.C. § 371
18 U.S.C. § 2421
18 U.S.C. § 2428(a)
18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

**WILLIAM D. FOSTER,**

       **Defendant.**
_____/

<u>**SUPERSEDING INDICTMENT**</u>

The Grand Jury charges that:

<u>**COUNT 1**</u>
**Conspiracy to Commit Sex Trafficking**
**(18 U.S.C. § 1594(c))**

Beginning at least as early as December 23, 2008, through in or around November 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to, in and affecting interstate and foreign commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, knowing,

and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause such person to engage in a commercial sex act, and that a person had not attained the age of eighteen years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (b)(2); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From in or around September 2006, through in or around October 2006, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain, by any means, a person, that is, VICTIM 4, knowing that VICTIM 4 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

## COUNT 3
### Sex Trafficking of a Minor by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

From in or around August 2007, through in or around June 20, 2008, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain, by any means, a person, that is, VICTIM 1, knowing that force, fraud, and coercion, would be used to cause VICTIM 1 to engage in a commercial sex act, and that VICTIM

2

1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (b)(2) and 2.

### COUNT 4
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

From on or about December 23, 2008, through in or around May 2010, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 1, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause VICTIM 1 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

### COUNT 5
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

From in or around May 2004, through in or around August 2011, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain, by any means, a person, that is, VICTIM 2, knowing that force, fraud, and coercion, would be used to cause VICTIM 2 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT 6
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

From in or around August 2005, through in or around December 2009, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain, by any means, a person, that is, VICTIM 5, knowing that force, fraud, and coercion, would be used to cause VICTIM 5 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT 7
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

From in or around August 2013, through in or around November 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 6, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause VICTIM 6 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT 8
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

From in or around January 2015, through in or around November 2019, in Miami-Dade, Broward, Palm Beach, and Martin Counties, in the Southern District of Florida, and elsewhere, the defendant,

### WILLIAM D. FOSTER,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 7, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause VICTIM 7 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT 9
### Sex Trafficking by Fraud and Coercion
### (18 U.S.C. § 1591)

From in or around March 2016, through in or around April 2017, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

### WILLIAM D. FOSTER,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 8, knowing, and in reckless disregard of the fact, that fraud and coercion, and any combination of such means would be used to cause VICTIM 8 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT 10
### Sex Trafficking by Fraud and Coercion
### (18 U.S.C. § 1591)

From in or around August 2019, through on or about September 6, 2019, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

### WILLIAM D. FOSTER,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 3, knowing, and in reckless disregard of the fact, that fraud and coercion, and any combination of such means, would be used to cause VICTIM 3 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT 11
### Conspiracy to Transport Individuals for Purposes of Prostitution
### (18 U.S.C. § 371)

From in or around August 2004, through in or around September 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

### WILLIAM D. FOSTER,

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to commit any offense against the United States, that is, to knowingly transport any individual in interstate and foreign commerce, with intent that such individual engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421.

## PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for the defendant and his co-conspirators to unjustly enrich themselves by recruiting females to engage in prostitution, and directing females to travel to different locations within the United States and outside of the United States to engage in prostitution.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirators sought to accomplish the purpose of the conspiracy included, among other things, the following:

1. **WILLIAM D. FOSTER** and his coconspirators recruited females to work at exotic dance venues and engage in prostitution by falsely representing that the females' nightly earnings would be invested in businesses and properties that would benefit the females.

2. **WILLIAM D. FOSTER** and his coconspirators directed the females to travel to different locations within and outside of the United States to engage in prostitution.

3. **WILLIAM D. FOSTER** and his coconspirators purchased flights and made alternative travel arrangements for the females to travel to different locations to engage in prostitution, including New York, Michigan, and Nevada.

4. **WILLIAM D. FOSTER** and another individual designated by **FOSTER** collected the earnings made by the females for working at the exotic dance venues and engaging in prostitution.

5. The females' earnings were deposited into bank accounts that **WILLIAM D. FOSTER** and his co-conspirators controlled.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object and purpose thereof, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1. In or around 2009, **WILLIAM D. FOSTER** directed VICTIM 1, VICTIM 2, and VICTIM 5 to travel from Florida to New York to work at exotic dance venues and engage in prostitution.

2. In or around June 2016, **WILLIAM D. FOSTER** directed VICTIM 6 and VICTIM 8 to travel from Florida to Nevada to work at exotic dance venues and engage in prostitution.

3. On or about June 2, 2016, **WILLIAM D. FOSTER** traveled with VICTIM 6 on board American Airlines Flight 2203 from Miami, Florida, to Las Vegas, Nevada, so that VICTIM 6 would engage in prostitution in Nevada.

4. On or about June 13, 2016, a co-conspirator purchased a flight for VICTIM 8 to travel from Philadelphia, Pennsylvania, to Las Vegas, Nevada, so that VICTIM 8 would engage in prostitution in Nevada.

5. In or around late August 2019 or early September 2019, **WILLIAM D. FOSTER** directed VICTIM 3 and VICTIM 6 to travel from Florida to Michigan for the purpose of working at exotic dance venues and engaging in prostitution.

6. On or about September 4, 2019, **WILLIAM D. FOSTER** drove VICTIM 3 and VICTIM 6 from Palm Beach County to the Fort Lauderdale-Hollywood Airport, in Fort Lauderdale, Florida, for a flight to Detroit Metropolitan Wayne County Airport, in Detroit, Michigan.

7. On or about September 4, 2019, VICTIM 6 traveled from Fort Lauderdale, Florida, to Detroit, Michigan, to engage in prostitution.

8. On or about September 4, 2019, VICTIM 3 traveled from Fort Lauderdale, Florida, to Detroit, Michigan, where she was instructed to engage in prostitution.

All in violation of Title 18, United States Code, Section 371.

## COUNT 12
**Transportation of an Individual for Prostitution**
**(18 U.S.C. § 2421)**

On or about June 2, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly transport an individual, that is, VICTIM 6, in interstate and foreign commerce, from Miami, Florida, to Las Vegas, Nevada, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2421 and 2.

## COUNT 13
**Transportation of an Individual for Prostitution**
**(18 U.S.C. § 2421)**

On or about September 4, 2019, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM D. FOSTER,**

did knowingly transport individuals, that is VICTIM 3 and VICTIM 6, in interstate and foreign commerce, from Fort Lauderdale, Florida, to Detroit, Michigan, with intent that VICTIM 3 and VICTIM 6 engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2421 and 2.

## COUNT 14
## Money Laundering Conspiracy
## (18 U.S.C. § 1956(h))

Beginning as early as June 2008, and continuing through in or around November 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

### WILLIAM D. FOSTER,

did knowingly and voluntarily combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and to avoid a transaction reporting requirement under Federal law, in violation of Title 18, United States Code, Section 1956(a)(1)(B).

It is further alleged that the specified unlawful activity is:

a. the recruiting, enticing, harboring, transporting, providing, and obtaining by any means a person, knowing that force, fraud, and coercion would be used to cause such person to engage in a commercial sex act, and knowing that a person has not attained the age of eighteen years and will be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(1), and (b)(2);

  b.  the knowing transport of individuals in interstate commerce with the intent that such individuals engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421; and

  c.  the knowing use of a facility of interstate commerce, that is, the interstate banking system, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of the State of Florida, in violation of Title 18, United States Code, Section 1952(a)(3) and (b)(i)(1).

  All in violation of Title 18, United States Code, Sections 1956(h).

## FORFEITURE ALLEGATIONS

  1.  The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **WILLIAM D. FOSTER,** has an interest.

  2.  Upon conviction of a violation of Title 18, United States Code, Sections 1591 and 1594(c), as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d) and (e)(1).

  3.  Upon conviction of a violation of Title 18, United States Code, Section 2421, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to

facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 2428(a).

4. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

5. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to:

    a. the real property located at 4630 Sherwood Forest Drive, Delray Beach, Florida;

    b. the real property located at 4724 Franwood Drive, Delray Beach, Florida;

    c. $313,000 in United States Currency owed to the defendant by Aries TCO, Inc.; and

    d. 250 shares of stock held in Aries TCO, Inc.

All pursuant to Title 18, United States Code, Sections 982(a)(1), 1594(d) and 2428(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

WILLIAM D. FOSTER,

_____ Defendant. _____/

CASE NO. 19-CR-20804-SINGHAL(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes ____ | No ✓ |
| Number of new defendants | 0 | |
| Total number of counts | 14 | |

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  20  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days     ____
   - II   6 to 10 days    ____
   - III  11 to 20 days   ✓
   - IV   21 to 60 days   ____
   - V    61 days and over ____

   (Check only one)
   - Petty    ____
   - Minor    ____
   - Misdem.  ____
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   Yes
   If yes: Judge SINGHAL   Case No. 19-CR-20804-SINGHAL
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   19-MJ-08472-REINHART
   Related miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   November 13, 2019
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No ✓

_____
JESSICA KAHN-OBENAUF
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0052716

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WILLIAM D. FOSTER

**Case No:** 19-CR-20804-SINGHAL(s)

Count #: 1

**Conspiracy to Commit Sex Trafficking**

Title 18, United States Code, Section 1594(c)

*****Min./Max. Penalties:** Maximum of life imprisonment

Count #: 2

**Sex Trafficking of a Minor**

Title 18, United States Code, Section 1591

*****Min./Max. Penalties:** Minimum of 15 years of imprisonment; Maximum of life imprisonment

Count #: 3

**Sex Trafficking of a Minor by Force, Fraud, and Coercion**

Title 18, United States Code, Section 1591

*****Min./Max. Penalties:** Minimum of 15 years of imprisonment; Maximum of life imprisonment

Counts #: 4-8

**Sex Trafficking by Force, Fraud, and Coercion**

Title 18, United States Code, Section 1591

*****Min./Max. Penalties:** Minimum of 15 years of imprisonment; Maximum of life imprisonment

*****Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** WILLIAM D. FOSTER

**Case No:** 19-CR-20804-SINGHAL(s)

Counts #: 9-10

Sex Trafficking by Fraud and Coercion

Title 18, United States Code, Section 1591

**\*Min./Max. Penalties:** Minimum of 15 years of imprisonment; Maximum of life imprisonment

Count #: 11

Conspiracy to Transport Individuals for Purposes of Prostitution

Title 18, United States Code, Section 371

**\*Max. Penalty:** Maximum of five years of imprisonment

Counts #: 12-13

Transportation of an Individual for Prostitution

Title 18, United States Code, Section 2421

**\*Max. Penalty:** Maximum of 10 years of imprisonment

Count #: 14

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

**\*Min./Max. Penalties:** Maximum of 20 years of imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**