UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20804-CR-AHS

UNITED STATES OF AMERICA,

vs.

WILLIAM D. FOSTER,

       **Defendant.**

_____/

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America hereby gives notice that, in addition to property generally and specifically identified in the forfeiture allegations of the Superseding Indictment, ECF No. 139, the United States seeks the forfeiture of the following property, pursuant to 18 U.S.C. § 982(a)(1) and 18 U.S.C. § 2428(a):

i.   Real property located at 4630 Sherwood Forest Drive, Delray Beach, Florida 33445;

ii.  Real property located at 4724 Franwood Drive, Delray Beach, Florida 33445;

iii. $313,000.00 in U.S. currency owed to the defendant by Aries TCO, Inc.;

iv.  250 shares of stock held in Aries TCO, Inc.; and

v.   The domain name FostersCareInc.com.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   s/ Emily R. Stone
      Emily R. Stone
      Assistant United States Attorney
      Florida Bar No. 092077
      99 N.E. 4th Street, 7th Floor
      Miami FL, 33132-2111
      Telephone: (305) 961-9407
      E-mail: Emily.Stone@usdoj.gov