SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT William D. Foster    CASE NO. 19-20804-CR-Singhal

Deputy Clerk Valarie Thompkins  Court Reporter Karl Shines  DATE 9-26-2022

USPO Lakiesha Brantley  AUSA Jessica Obenauf  Deft's Counsel David Howard

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited. ___ Sentencing cont'd until _____

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | 60 | | 1,2,3,4,5,6,7,8,9,10 / All to run Concurrently |
| | | 60 | 11 |
| | | 120 | 12, 13 |
| | | 240 | 14 |

Supervised Release 3 Years As to Counts 1, 11, 12, 13, 14  15 Years As to Counts 2 thru 10 / All to run Concurrently

Defendant's Motion for Downward Variance is hereby Granted

✓ Court advised the Defendant of his/her right to appeal  ___ Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby _____

Assessment $ 1400.00/xy   Fine $ 0   Restitution $ 14,157,200.00

✗ Data Encryption  ___ Permissible Computer Examination  ___ Computer Modem Restriction
✗ Computer Possession Restriction  ✗ Employer Computer Restriction Disclosure  ✗ NO Contact with Victims
✗ No Contact with Minors  ✗ No Contact with Minors in Employment  ✗ Sex Offender Treatment
✗ No Involvement Youth Organization  ✗ Sex Offender Registration  ✗ Adam Walsh Act Search
___ Offense Related Computer Restriction  ___ Restricted Possession of Sexual Materials
___ Permissible Computer Examination  ___ Permissible National Business Travel  ___ No New Debt
___ Anger Control/Domestic Violence  ___ Community Service  ___ Related Concern Restriction
✗ Mental Health Treatment  ___ Substance Abuse Treatment  ___ Related Concern Restriction
___ Employment Requirement  ___ Cooperating IRS  ___ Association Restriction  ✓ Forfeiture
✗ Self-Employment Restriction  ___ Computer Activity Record Keeping Requirement
___ Disclosure of Telephone Records  ___ Employment Solicitation Restriction  ___ Financial Disclosure
___ Location Monitoring Program  ___ Relinquishment of Licensure  ___ Residential Reentry Center
___ Surrender for Removal After Imprisonment  ___ Cooperating Immigration Removal Proceedings
___ Treatment for Gambling  ✗ Unpaid Restitution, fines, special assessments  ✗ Permissible Search

CUSTODY

✓ Remanded to the Custody of the U. S. Marshal Service  ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____