AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WILLIAM D. FOSTER

**EXHIBIT AND WITNESS LIST**

Case Number: 19-20804-CR-SINGHAL

| PRESIDING JUDGE<br>RAAG SINGHAL | PLAINTIFF'S ATTORNEY<br>Jessica Obenauf and Brooke Latta | DEFENDANT'S ATTORNEY<br>David Howard |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing hearing 9/26/2022 | COURT REPORTER<br>Karl Shires | COURTROOM DEPUTY<br>Valarie Thompkins |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Government's Witnesses- BMJ, DG, BB, CR, NR, VB, KF, CG, DB, BMD, BC, CC and MB |
| | | | | | |
| | | | | | Defense Witnesses- HK, JP, CM, SM, AH, JR, DM and William Foster |
| | 1 | 9/26/2022 | X | X | Letter |
| | 2 | 9/26/2022 | X | X | Letter |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages