UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

1:19-CR-20804-AHS(s)(1)

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

WILLIAM FOSTER,

    *Defendant*.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that, WILLIAM FOSTER, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment [D.E. 236] entered in this action on the 30th day of September, 2022.

DATED: October 10, 2022

    Respectfully submitted,

    *David A. Howard*
    David A. Howard, Esq.
    Florida Bar No.: 956589
    Attorney for Defendant
    25 SE 2nd Avenue, Suite 1105
    Miami, Florida 33131
    Tel.: (786) 360-6056
    Email: david@davidhowardlaw.com